IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| KENNETH W. DILAS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 610-087 |
| | ) | |
| JUDGE JUNE B. BRASWELL, | ) | |
| CHARLES V. LONCON, and | ) | |
| THOMAS RICHARDS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's case is DISMISSED, with prejudice. The Clerk of Court is authorized and directed to enter the appropriate Judgment of Dismissal.

SO ORDERED, this 13th day of January, 2011.

B. Avant Edenfield, Judge
United States District Court
Southern District of Georgia